NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCON RESEARCH, LTD. (FORMERLY KNOWN AS ALCON MANUFACTURING, LTD.), ALCON LABORATORIES, INC., AND KYOWA HAKKO KIRIN CO. LTD.,**
*Plaintiffs-Appellees,*

v.

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellants.*

---

2011-1455

---

Appeal from the United States District Court for the Southern District of Indiana in case no. 06-CV-1642, Judge Richard L. Young.

---

## ON MOTION

---

## ORDER

Apotex Inc. and Apotex Corp. move without opposition for a 7-day extension of time, until January 31, 2012, to file the joint appendix and the corresponding brief on compact disk.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bruce R. Genderson, Esq.
    Robert B. Breisblatt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2012

JAN HORBALY
CLERK